IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HECTOR RUBIO and ELVA CHAVEZ, | ) |
| Plaintiffs, | ) Case No. 1:21-cv-03006-JRS-MG |
| v. | ) |
| POLARIS, INC. and POLARIS EXPERIENCE, LLC, | ) |
| Defendants. | ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Craig L. Sanders respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Polaris, Inc. and Polaris Experience, LLC in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court and state's highest courts: State of Illinois (2017); Northern District of Illinois (2017).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 28, 2022                             Respectfully submitted,

*/s/ Craig L. Sanders*
Craig L. Sanders (IL Bar No. 6327541)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Tel:  312.624.6332
Fax:  312.767.9192
csanders@beneschlaw.com

*Attorney for Defendants Polaris, Inc. and Polaris Experience, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HECTOR RUBIO and ELVA CHAVEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-03006-JRS-MG |
| | ) | |
| v. | ) | |
| | ) | |
| POLARIS, INC. and POLARIS EXPERIENCE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Craig L. Sanders, counsel for Polaris, Inc. and Polaris Experience, LLC, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Craig L. Sanders
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Dr, Suite 1600
Chicago, IL 60606-4637
Tel: 312.624.6332
Fax: 312.767.9192
csanders@beneschlaw.com


Dated: _____          _____
                                                    James R. Sweeney II
                                                    United States District Court
                                                    Southern District of Indiana


Distribution list:

To all registered counsel by CM/ECF