**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| HECTOR RUBIO and ELVA CHAVEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.   1:21-cv-03006-JRS-MG |
| | ) | |
| POLARIS, INC. and POLARIS | ) | |
| EXPERIENCE, LLC, STYLE K, INC. | ) | |
| d/b/a ADVENTURE RENTALS, and | ) | |
| TERRA ADVENTURES, INC. | ) | |
| d/b/a THE BADLANDS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF AUTOMATIC
UNOPPOSED INITIAL EXTENSION OF TIME TO ANSWER COMPLAINT**

COMES NOW Defendants, Terra Adventures, Inc. d/b/a The Badlands and Style K, Inc d/b/a Adventure Rentals, by counsel, and informs the Court, pursuant to the provisions of S.D. Ind. L.R. 6-1, that the undersigned communicated with Plaintiff's counsel regarding Defendants' wish to obtain an initial enlargement of time of twenty-eight (28) days to file an answer or responsive pleading to Plaintiff's Complaint.   Attorney Theodore L. Stacy advised the undersigned that Plaintiffs do not object to the request.   Defendants also communicated with the Polaris Co-Defendants' counsel.   Attorney Justin Barker advised the undersigned that the Polaris Co-Defendants also do not object to the request.   Defendants' answer is presently due on April 20, 2022, but will now be due on or before May 18, 2022. Accordingly, pursuant to the provisions of S.D. Ind. L.R. 6-1, counsel for these Defendants wishes to advise the Court that Defendants' answer or responsive pleading to Plaintiffs' Complaint is now due on or before May 18, 2022.

Page 1 of 2

3275681

The deadline has not previously extended.   The extension does not interfere with the Case Management Plan, scheduled hearings or trials, or other deadlines set by Court Order.

BARRETT MCNAGNY LLP

Date: April 11, 2022

By  /s/ Michael H. Michmerhuizen
Michael H. Michmerhuizen, #22086-02
215 E. Berry Street
Fort Wayne, IN 46802
Phone: (260) 423-9551
Fax: (260) 423-8920
E-mail: mhm@barrettlaw.com
*Attorneys for Defendants Terra Adventures, Inc. d/b/a The Badlands and Style K Inc. d/b/a Adventure Rentals*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system and that the foregoing was served via CM/ECF to the following counsel of record:

Theodore L. Stacy
258 W. US Hwy 6
Valparaiso, IN 46385
*Attorneys for Plaintiff*

Craig Sanders
Justin Barker
Benesch Friedlander Coplan & Aronoff
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
*Attorneys for Defendants Polaris, Inc. and Polaris Experience, LLC*

Eric Zalud
Benesch Friedlander Coplan & Aronoff
200 Public Square, Suite 2300
Cleveland, OH 44114
*Attorney for Defendants Polaris, Inc. and Polaris Experience, LLC*

Fred Paganelli
Paganelli Law Group
10401 N. Meridian St., Suite 450
Indianapolis, IN 46290
*Attorney for Defendants Polaris, Inc. and Polaris Experience, LLC*

 /s/ Michael H. Michmerhuizen
Michael H. Michmerhuizen

3275681